UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

CA 08 275

| | | |
|---|---|---|
| ESTATE OF EDWARD BOUVIER, By DAVID BOUVIER, Plaintiff, | : | |
| v. | : | C.A. No. 08- |
| UNION FIDELITY LIFE INSURANCE COMPANY, Defendant. | : | (Providence County Superior Court, C.A. No. 08-4306, prior to this removal) |

**NOTICE OF REMOVAL**

PLEASE TAKE NOTICE that Defendant hereby removes the above-captioned action to the United States Court for the District of Rhode Island and respectfully states as follows:

1. This action is removable pursuant to 28 U.S.C. §§ 1332 and 1441(a) and (b) and Local Civil Rule 81 because this Court has diversity jurisdiction.

2. On or about June 24, 2008, Plaintiff filed a Complaint commencing this action in Rhode Island Superior Court (Providence County). (*See* Estate of Edward Bouvier v. Union Fidelity Life Insurance Company, C.A. No. PC 08-4306).

3 This action has been brought by the Estate of Edward A. Bouvier. David Bouvier was appointed by the Probate Court of the City of Pawtucket as the Administrator of the Estate on or about April 10, 2007 (Complaint at ¶ 1).

4. Defendant Union Fidelity Life Insurance Company is an Illinois corporation with its principal place of business in Shaumburg, Illinois and service offices in Pennsylvania and Kansas. Defendant has no offices within the State of Rhode Island.

5. Plaintiff served the Complaint and Summons upon the Commissioner of Insurance of the State of Rhode Island, which sent the documents to Defendant on July 1, 2008 via certified mail. On July 3, 2008, Defendant received the Complaint and Summons.

6. Pursuant to 28 U.S.C. § 1446(a), Defendant attaches as Exhibit "A", copies of all process and pleadings on file in the Rhode Island Superior Court (Providence County).

7. The Complaint states a claim for accidental death benefits under a life insurance policy issued by Defendant. Although not stated in the Complaint, the amount sought under the policy is $100,000.00.

8. The amount in controversy exceeds $75,000.00, exclusive of interest and costs.

9. This Notice of Removal is timely filed pursuant to 28 U.S.C. § 1446(b).

10. Written notice of the filing of this Notice of Removal will promptly be given to Plaintiff and will be filed with the Clerk of the Rhode Island Superior Court (Providence County), as provided by 28 U.S.C. § 1446(d).

11. Defendant expressly reserves any and all defenses that may be available to it in this action.

UNION FIDELITY LIFE INSURANCE COMPANY

By Its Attorneys,

Steven M. Richard (#4403)
Nixon Peabody LLP
One Citizens Plaza
Providence, RI 02903
(401) 454-1000
(401) 454-1030 (Fax)

Dated: July 23, 2008

CERTIFICATE OF SERVICE

I hereby certify that on the 23rd day of July, 2008, I faxed and mailed a true copy of the within Notice of Removal via facsimile and regular mail, postage prepaid to:

Anthony J. Gianfrancesco, Esq.
Baluch, Gianfrancesco, Mathieu & Alger
155 South Main Street
Providence, RI 02903