UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| ESTATE OF EDWARD BOUVIER by DAVID BOUVIER, | : | |
| v. | : | C.A. No. 08-275-ML |
| UNION FIDELITY LIFE INSURANCE COMPANY. | : | |

RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Defendant Union Fidelity Life Insurance Company is wholly owned by its parent corporation, Employers Reassurance Corporation.

UNION FIDELITY LIFE INSURANCE COMPANY

By its Attorneys,

/s/ Steven M. Richard

Steven M. Richard (#4403)
Nixon Peabody LLP
One Citizens Plaza
Providence, RI 02903
(401) 454-1000
(401) 454-1030 (Fax)

Dated: July 23, 2008

CERTIFICATE OF SERVICE

I hereby certify that on the 23rd day of July, 2008, a copy of this Rule 7.1 corporate Disclosure Statement was served on Plaintiff's counsel electronically through the Court's CM/ECF system.

/s/ Steven M. Richard